UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO, | No.  2:23-cv-00758 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| BREWER, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2241.  On February 7, 2024, respondent filed a motion to dismiss the petition.  ECF No. 10.  Petitioner has not responded to the motion.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 18, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1